IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:14CR409 |
| Plaintiff, | )<br>) | |
| vs. | )<br>) | MEMORANDUM<br>AND ORDER |
| THOMAS JONES-ROSS, | )<br>) | |
| Defendant. | ) | |

The Court has reviewed and considered the Defendant's Objection to Magistrate Judge Order (Filing No. 95) and the Brief in Support of the Objection (Filing No. 96). The Court concurs with the Magistrate Judge's well-reasoned Order (Filing No. 93), denying the Defendant's Motion to Sever (Filing No. 64). The Court finds no part of the Order to be "contrary to law of clearly erroneous," and no part of the Order will be set aside. See Fed. R. Crim. P. 59(a). Accordingly,

IT IS ORDERED that Defendant Thomas Jones Ross's Objection to Magistrate Judge Order (Filing No. 95) is overruled.

DATED this 30th day of March, 2015.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge